

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-76,823-02

**EX PARTE STEVEN BEARMAN, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1095272 IN THE 183RD DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of misapplication of fiduciary property and sentenced to thirty-five years' imprisonment. The First Court of Appeals affirmed his conviction. *Bearman v. State*, No. 01-08-00787-CR (Tex. App.–Houston [1st] June 23, 2011).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely file a petition of discretionary review when he informed Applicant that he would do so.

Appellate counsel filed an affidavit with the trial court stating that based on a calendaring error in his office, the deadline to file Applicant's petition for discretionary review was not met. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that Applicant is entitled to an out of time petition for discretionary review. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the First Court of Appeals in Cause No. 01-08-00787-CR that affirmed his conviction in Cause No. 1095272 from the 183rd District Court of Harris County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: May 15, 2013
Do not publish